desareelanadainf

LEONARDO M. RAPADAS
United States Attorney
KRISTIN ST. PETER
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN 25 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00014 |
| Plaintiff, | **INFORMATION** |
| vs. | THEFT OF GOVERNMENT PROPERTY |
| DESAREE M.K. LANADA, | [18 U.S.C. § 641] |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about October 28, 2006, in the District of Guam, the defendant, DESAREE M.K. LANADA, willfully and knowingly, did steal and purloin United States property from the Andersen Air Force Base, Guam, of the value of less than $1000, property of the United States, in violation of Title 18, United States Code, Section 641.

DATED this 25th day of January 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KRISTIN ST. PETER
Special Assistant U.S. Attorney