LEONARDO M. RAPADAS
United States Attorney
KRISTIN ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00014 |
| Plaintiff. | ) | |
| vs. | ) | **O R D E R**<br>**re United States' Request for**<br>**Issuance of Summons** |
| DESAREE M.K. LANADA, | ) | |
| Defendant. | ) | |

Upon the filing of an Information and the request of the government,

IT IS SO ORDERED that a summons be issued for the above-named defendant appear before this Court on Friday, February 2, 2007, at 9:30 a.m.

Dated: January 26, 2007

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**