# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

DESAREE M.K. LANADA

Case Number:    CR-07-00014-001

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | 413 |
| | Date and Time<br>Friday, February 2, 2007 at 9:30 a.m. |

To answer a(n)

☐ Indictment   **X** Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____ 18 _____ United States Code, Section(s) ___ 641 ___

Brief description of offense:

THEFT OF GOVERNMENT PROPERTY

RECEIVED

JAN 30 2007

US MARSHALS SERVICE-GUAM

FILED

DISTRICT COURT OF GUAM

FEB - 2 2007

MARY L.M. MORAN
CLERK OF COURT

MELISSA L. TRAUNER, Deputy Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

January 29, 2007
Date

ORIGINAL

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 1/30/07 |

### Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

USMS – Hagatña G——

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ___1/30/07___
       Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.