UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:** Carmen D. O'Mallan, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[X] **Original Notice**

[ ] **Notice of Disposition**

**FILED**
DISTRICT COURT OF GUAM
FEB -8 2007
MARY L.M. MORAN
CLERK OF COURT

Date: **February 7, 2007**
By: **Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

Date: _____
By: _____

Defendant: **LANADA, Desaree M.K.**
Date of Birth: **XX-XX-1971**
SSN: **XXX-XX-9425**

Case Number: **CRIMINAL #07-00014-001**
Place of Birth: _____

**NOTICE OF COURT ORDER** (Order Date: **February 2, 2007**)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. Probation Office, District of Guam.**

### NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
  ☐ Not Convicted - PS40/Passport returned to defendant.
  ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
  ☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)

Case 1:07-cr-00014    Document 10    Filed 02/08/2007    Page 1 of 1

ORIGINAL