✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

United States of America

V.

**Desaree M.K. Lanada**

**NOTICE**

CASE NUMBER: **CR-07-00014-001**

TYPE OF CASE:

☐ **CIVIL**  X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  |  |
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam 3rd Floor, U.S. Courthouse 520 West Soledad Avenue Hagatna, GU 96910** | **Thursday, May 3, 2007 at 10:00 a.m.** | **Tuesday, May 29, 2007 at 9:00 a.m.** |

**MARY L. M. MORAN, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**April 29, 2007**
DATE

/s/ Leilani R. Toves Hernandez
(BY) DEPUTY CLERK

TO: U.S. Attorney's Office
Federal Public Defender
U.S. Probation Office
U.S. Marshals Service