JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
DESAREE M.K. LANADA

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00014 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| DESAREE M.K. LANADA, | ) | |
| Defendant. | ) | |

The stipulation filed on May 15, 2007, is hereby approved. The sentencing hearing previously scheduled for May 29, 2007, is hereby moved to Tuesday, June 26, 2007, 10:30 a.m.



**/s/ Joaquin V.E. Manibusan, Jr.**
　**U.S. Magistrate Judge**
**Dated: May 23, 2007**