# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00014                              DATE: June 26, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                Court Recorder: Virginia Kilgore
Courtroom Deputy: Peter Santos              Electronically Recorded: 11:04:05 - 11:16:12
CSO: B. Pereda

**APPEARANCES:**

Defendant: Desaree M.K. Lanada              Attorney: Richard Arens
    Present   Custody   Bond   P.R.             Present   Retained   FPD   CJA
U.S. Attorney: Kristin St. Peter            U.S. Agent:
U.S. Probation: Carleen Borja               U.S. Marshal: None Present
Interpreter:                                Language:

**PROCEEDINGS: Sentencing**
- Defendant sentenced to probation for a term of <u>one year</u>, with conditions (refer to Judgment for conditions of probation).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $25.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.

NOTES: