PS 40
(REV. 6/05)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

**NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

| | | | |
|---|---|---|---|
| **TO**: | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM**: | Carmen D. O'Mallan, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

[ ] **Original Notice**         [X] **Notice of Disposition**

| | | | |
|---|---|---|---|
| Date: | **February 7, 2007** | Date: | **June 26, 2007** |
| By: | **Joaquin V.E. Manibusan, Jr.**<br>**U.S. Magistrate Judge** | By: | **Joaquin V.E. Manibusan, Jr.**<br>**U.S. Magistrate Judge** |

| | | | |
|---|---|---|---|
| Defendant: | **LANADA, Desaree M.K.** | Case Number: | **CRIMINAL #07-00014-001** |
| Date of Birth: | **XX-XX-1971** | Place of Birth: | **Saigon, Vietnam** |
| SSN: | **XXX-XX-9425** | | |

==========================================================================

**NOTICE OF COURT ORDER** (Order Date:   **February 2, 2007**   )

[X]  The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ]  The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. Probation Office, District of Guam.**

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ]  Defendant not convicted.

[X]  Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
  ☐ Not Convicted - PS40/Passport returned to defendant.
  ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
  ✔ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)

Case 1:07-cr-00014    Document 23    Filed 07/05/2007    Page 1 of 1