1  ROSSANNA VILLAGOMEZ-AGUON
   Acting Chief U.S. Probation Officer
2  CARMEN D.O'MALLAN
   U.S. Probation Officer Specialist
3  U.S. District Court of Guam
   2nd Floor, U.S. Courthouse
4  520 West Soledad Avenue
   Hagatna, Guam 96910
5  Telephone: (671) 473-9201
   Fax: (671) 473-9202

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00014-001 |
| ) | |
| Plaintiff, ) | |
| ) | **APPLICATION FOR** |
| vs. ) | **RELEASE OF PASSPORT** |
| ) | |
| DESAREE M.K. LANADA, ) | |
| ) | |
| Defendant. ) | |

COMES NOW, U.S. Probation Officer Specialist Carmen D. O'Mallan, in the above-captioned case and requests for the release of the U.S. Passport Number XXXXXXXX to the defendant, Desaree M.K. Lanada. The passport was released to the custody of the U.S. Probation Office pending the disposition of this case. The defendant was sentenced on June 26, 2007, to one year probation.

Dated this 5th day of July 2007.

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist