JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:     (671) 472-7111
Facsimile:     (671) 472-7120

Attorney for Defendant
DESAREE M.K. LANADA

**FILED**
DISTRICT COURT OF GUAM

AUG 20 2007

**JEANNE G. QUINATA**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-07-00014 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO ALLOW TRAVEL TO |
| | ) | THE PHILIPPINES |
| vs. | ) | |
| | ) | |
| DESAREE M.K. LANADA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein

that the defendant be permitted to travel to the Philippines for the purpose of securing certain

personal and real property. Ms Lanada shall be permitted to depart Guam on August 22, 2007, and

//

//

//

# ORIGINAL

return on August 25, 2007.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, August 20, 2007.

RICHARD P. ARENS
Attorney for Defendant
DESAREE M.K. LANADA

KRISTIN ST. PETER
Attorney for Plaintiff
UNITED STATES OF AMERICA

ROBERT CARREON
U.S. Probation Officer

2