JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
DESAREE M.K. LANADA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-07-00014 |
| | ) | |
| Plaintiff, | ) | ORDER re STIPULATION TO ALLOW |
| | ) | DEFENDANT'S TRAVEL TO |
| vs. | ) | PHILIPPINES |
| | ) | |
| DESAREE M.K. LANADA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Stipulation filed on August 20, 2007 to allow defendant to travel to Philippines from August 22, 2007 to August 25, 2007, is HEREBY APPROVED.

SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Aug 20, 2007**