# United States District Court

for

*District of Guam*

**Report for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender: **Desaree M.K. Lanada**   Case Number: **CR 07-00014-001**

Name of Sentencing Judicial Officer:   Honorable Joaquin V.E. Manibusan, Jr.

Date of Original Sentence:   June 26, 2007

Original Offense:   <u>Count I</u> - Theft of Government Property, in violation of 18U.S.C. § 641

Original Sentence:   One year probation with a special condition to perform 100 hours of community service, and pay a $25 special assessment fee.

Type of Supervision:   **Probation**   Date Supervision Commenced:   **June 26, 2007**

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term _____ years.

☒ To modify the conditions of supervision as follows:

    1.   To delete the balance of 96 hours of community service and impose a fine of $561.60.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender                                                                                                    page 2

CAUSE

On June 26, 2007, Desaree M.K. Lanada was sentenced to one year probation and ordered to perform 100 hours of community service. On February 5, 2008, Ms. Lanada reported to the U.S. Probation Office and inquired if her community service condition could be modified for her to pay a fine. She is now in two jobs, Guam Telephone Authority and Home Depot, and is unable to perform community service prior to her probation terminating within the next four months. She stated that because of her two jobs, she now has the ability to pay a fine. Ms. Lanada remains compliant with her other conditions of probation.

To date, Ms. Lanada has performed four hours of community service and has a balance of 96 hours. Based upon the prevailing Federal minimum wage of $5.85 effective January 1, 2008, this Probation Officer suggests that the court impose a fine in the amount of $561.60 in lieu of performing the balance of her community service.

Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Ms. Lanada's consent to the modification.

Reviewed by:                                                                 Respectfully submitted,

CARMEN D. O'MALLAN                                                MARIA C. CRUZ
U.S. Probation OfficerSpecialist                                        U.S. Probation Officer
Supervision Unit Leader

Date:         February 15, 2008                                      Date:         February 15, 2008

**THE COURT ORDERS**

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other



/s/ Joaquin V.E. Manibusan, Jr.
      U.S. Magistrate Judge
**Dated: Feb 19, 2008**