**Report and Order Terminating Probation/Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v.

DESAREE M.K. LANADA

CRIMINAL CASE NO. 07-00014-001

It appearing that the above-named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **June 25, 2008,** I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ MARIA C. CRUZ
U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:    Kristin D. St. Peter or designee, SAUSA
Richard P. Arens, AFPD
File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.