PROB 34
(3/07)

**Report and Order Terminating Probation/Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

*District of Guam*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DESAREE M.K. LANADA | CRIMINAL CASE NO. 07-00014-001 |

    It appearing that the above-named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **June 25, 2008,** I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ MARIA C. CRUZ
U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:    Kristin D. St. Peter or designee, SAUSA
        Richard P. Arens, AFPD
        File

## ORDER OF COURT

    Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

/s/ **Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Jul 14, 2008**